IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BARRY INGRAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 114-188 |
| | ) | |
| ATLANTA DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, an inmate at Augusta State Medical Prison in Grovetown, Georgia, is proceeding *pro se* and requested permission to proceed *in forma pauperis* ("IFP") in the above-captioned case brought pursuant to 42 U.S.C. § 1983. On December 11, 2014, the Court granted Plaintiff an extension until Wednesday, December 24, 2014, to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms as instructed in the Court's October 24, 2014 Order. To date, Plaintiff has still not submitted his Consent to Collection of Fees form. Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement **and** consents to the collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319, 1321 (11th Cir. 2002) (citing 28 U.S.C. § 1915).

Accordingly, Plaintiff shall have until Tuesday, January 20, 2015, to return his Consent to Collection of Fees form as instructed in the Court's October 24, 2014 Order. The Court **DIRECTS** the **CLERK** to enclose a copy of the Consent to Collection of Fees form with Plaintiff's service copy of this Order. If Plaintiff fails to return this form as set forth in the

October 24th Order by the extended deadline, the Court will presume that Plaintiff desires to have this case voluntarily dismissed and it will dismiss this action, without prejudice. The Court will not grant Plaintiff any further extensions of time to return his Consent to Collection of Fees form.

SO ORDERED this 12th day of January, 2015, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA